**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GERARDO JUAREZ and LUIS FELIPE FLORES,
*individually and on behalf of others similarly situated,*

                *Plaintiffs*,

      -against-

J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S), BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S), JASON REYES, DOLLY REYES, and JACK BANOS,

                *Defendants.*
----------------------------------------------------------------X

Case No.: 1:24-cv-06185-RPK-MMH

**MOTION FOR AMY GINA KIM TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS**

      Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, attorney Amy Gina Kim, of the law firm CSM Legal, P.C., moves to withdraw as attorney of record in the above-captioned action for Plaintiff(s), on the grounds that the undersigned counsel is leaving her employment with CSM Legal, P.C. on November 27, 2024.

      CSM Legal, P.C., by and through the remaining attorneys of record identified on ECF for this matter, has and will continue to represent Plaintiff(s) in this action and no party will be prejudiced if this Motion is granted.

      The undersigned counsel does not assert a retaining or charging lien.

      WHEREFORE, the undersigned counsel respectfully requests that this Court permit Amy Gina Kim to withdraw as counsel for Plaintiff(s) in this matter.

Dated: New York, New York
       November 26, 2024

                                        /s/ *Amy Gina Kim*
                                        Amy Gina Kim, Esq.
                                        CSM Legal, P.C.
                                        60 East 42nd Street, Suite 4510
                                        New York, New York 10165
                                        Tel: 212-317-1200
                                        Email: gina@csm-legal.com
                                        *Attorneys for Plaintiff(s)*