UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERARDO JUAREZ and LUIS FELIPE
FLORES, *individually and on behalf of others similarly situated,*
                *Plaintiffs,*

   -against-

J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S), BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S), JASON REYES, DOLLY REYES, and JACK BANOS,
                *Defendants*
-------------------------------------------------------------X

Case No.: 24-cv-06185-RPK-MMH

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S) has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
         January 16, 2025

                              BRENNA B. MAHONEY, Clerk of the Court

                              By: *Jalitza Poveda*
                                     Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GERARDO JUAREZ and LUIS FELIPE
FLORES, *individually and on behalf of others similarly situated,*
           *Plaintiffs,*

   -against-

J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S), BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S), JASON REYES, DOLLY REYES, and JACK BANOS,
           *Defendants*
---------------------------------------------------------------X

Case No.: 24-cv-06185-RPK-MMH

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that DOLLY REYES has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant DOLLY REYES is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        January 16, 2025

                                        BRENNA B. MAHONEY, Clerk of the Court

                                  By: ___*Jalitza Poveda*___
                                            Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERARDO JUAREZ and LUIS FELIPE
FLORES, *individually and on behalf of others similarly situated,*
               *Plaintiffs,*

   -against-

J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S), BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S), JASON REYES, DOLLY REYES, and JACK BANOS,
               *Defendants*
-------------------------------------------------------------X

Case No.: 24-cv-06185-RPK-MMH

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that JACK BANOS has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant JACK BANOS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
         January 16, 2025

                                      BRENNA B. MAHONEY, Clerk of the Court

                                      By: *Jalitza Poveda*
                                           Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GERARDO JUAREZ and LUIS FELIPE
FLORES, *individually and on behalf of others similarly situated*,
              *Plaintiffs,*

   -against-

J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S), BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S), JASON REYES, DOLLY REYES, and JACK BANOS,
              *Defendants*
-------------------------------------------------------------X

Case No.: 24-cv-06185-RPK-MMH

**CERTIFICATE OF DEFAULT**

     I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that JASON REYES has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant JASON REYES is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         January 16, 2025

                                      BRENNA B. MAHONEY, Clerk of the Court

                                      By: ___*Jalitza Poveda*___
                                           Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GERARDO JUAREZ and LUIS FELIPE
FLORES, *individually and on behalf of others similarly situated*,
          *Plaintiffs,*

   -against-

J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S), BJR RESTAURANT INC. (D/B/A BRIAN DEMPSEY'S), JASON REYES, DOLLY REYES, and JACK BANOS,
          *Defendants*
------------------------------------------------------------X

Case No.: 24-cv-06185-RPK-MMH

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S) has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant J-MASTER PROPERTIES, LLC (D/B/A BRIAN DEMPSEY'S) is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
          January 16, 2025

                                        BRENNA B. MAHONEY, Clerk of the Court

                                        By:  *Jalitza Poveda*
                                              Deputy Clerk