# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

September 9, 2025

**VIA ECF**
Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **Juarez et al v. J-Master Properties, LLC et al**
**1:24-cv-06185-RPK-MMH**

Dear Judge Henry:

This office represents the Plaintiffs in the above-referenced matter. While Defendants' counsel has sent a proposed letter today in the afternoon, the undersigned was in a mediation for the majority of the day. Furthermore, there were several matters that the undersigned had to address urgently, as the undersigned is going on vacation starting tomorrow, until January 2, 2026. I apologize for the failure of the parties to provide a joint letter.

Defendants have failed to provide any substantive responses to the interrogatories that the Court ordered the Defendants to respond to. Instead, the interrogatory responses state in sum and substance that Defendants' counsel is willing to meet and confer to narrow the scope of the interrogatories. With regards to the interrogatory requesting for Corporate Defendant's gross volume of sales, the response states that, "Defendants are prepared to meet-and-confer with Plaintiffs, to discuss stipulating to the financial thresholds required under enterprise coverage liability."  Moreover, Defendants have failed to provide Corporate Defendant's tax returns for the years 2022 and 2023.

Page 2

Accordingly, we request that this Court order that Defendants provide substantive responses to the interrogatories at issue, and to provide Corporate Defendant's tax returns for the years 2022 and 2023.

The undersigned has met and conferred with the Plaintiffs regarding a settlement conference. However, we are not interested in a settlement conference at this time.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun