# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

January 12, 2026

**VIA ECF**
Honorable Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Juarez et al v. J-Master Properties, LLC et al**
**1:24-cv-06185-RPK-MMH**

Dear Judge Henry:

This office represents the Plaintiffs in the above-referenced matter. We write jointly with Defendants' counsel to inform the Court that the parties are available on March 2, 2026 or March 4, 2026 for a virtual settlement conference.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun