**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

GERARDO JUAREZ and LUIS FELIPE
FLORES, *individually and on behalf of others
similarly situated,*

        *Plaintiffs,*

   -against-

J-MASTER PROPERTIES, LLC (D/B/A
BRIAN DEMPSEY'S), BJR RESTAURANT
INC. (D/B/A BRIAN DEMPSEY'S), JASON
REYES, DOLLY REYES, and JACK
BANOS,

        *Defendants.*

Case No. 1:24-cv-06185-RPK-MMH

**DEFENDANTS' OFFER OF**
**JUDGMENT PURSUANT TO**
**F.R.C.P. RULE 68**

---

TO: Robert Jun, Esq.
   Michael Faillace & Associates, P.C.
   One Grand Central Place
   60 East 42nd Street, Suite 4510
   New York, NY 10165
   (Tel) 212-317-1200
   robert@faillacelaw.com
   *Attorneys for Plaintiffs*

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants J-Master Properties,

LLC (d/b/a Brian Dempsey's), Jason Reyes, Dolly Reyes, and Jack Banos (collectively "Defendants"),

hereby offer to allow judgment be entered against them jointly and severally in this action in favor of

Plaintiffs Gerardo Juarez and Luis Felipe Flores ("Plaintiffs") in the sum of Fifty Thousand Dollars

and No Cents ($50,000.00), inclusive of reasonable attorneys' fees, costs, and expenses to date of this

offer, in full and final settlement of all of Plaintiffs' claims against Defendants arising out, alleged in,

or related to, the facts and transactions alleged in the above-captioned action.

This judgment shall be in full satisfaction of all federal and state law claims or rights that

Plaintiffs may have to damages, or any other form of relief, arising out of the alleged acts or omissions

of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in

1

connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiffs have suffered any damages.

In order for Plaintiffs to accept this offer, Plaintiffs must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn. The total of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00) shall be paid as follows:

   a. Installment One: A check in the amount of Four Thousand and One Hundred Sixty-Six Dollars and Sixty-Six Cents ($4,166.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiffs' counsel to be paid within thirty (30) days of the Court entering judgment against Defendants.

   b. Installment Two: A check in the amount of Four Thousand and One Hundred Sixty-Six Dollars and Sixty-Six Cents ($4,166.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiffs' counsel to be paid within sixty (60) days of the Court entering judgment against Defendants.

   c. Installment Three: A check in the amount of Four Thousand and One Hundred Sixty-Six Dollars and Sixty-Six Cents ($4,166.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiffs' counsel to be paid within ninety (90) days of the Court entering judgment against Defendants.

   d. Installment Four: A check in the amount of Four Thousand and One Hundred Sixty-Six Dollars and Sixty-Six Cents ($4,166.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiffs' counsel to be paid within one hundred twenty (120) days

of the Court entering judgment against Defendants.

e.  Installment Five: A check in the amount of Four Thousand and One Hundred Sixty-Six Dollars and Sixty-Six Cents ($4,166.66) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiffs' counsel to be paid within one hundred fifty (150) days of the Court entering judgment against Defendants.

f.  Installment Six: A check in the amount of Four Thousand and One Hundred Sixty-Six Dollars and Seventy Cents ($4,166.70) made payable to "Michael Faillace & Associates, P.C." and delivered to Plaintiffs' counsel to be paid within one hundred eighty (180) days of the Court entering judgment against Defendants.

Upon Defendants' timely payment of the total sum of $25,000 as delineated above in Installments One, Two, Three, Four, Five, and Six, the judgment entered herein shall be deemed fully satisfied, and Plaintiffs shall promptly file a satisfaction of judgment.

In the event of a missed payment, Plaintiffs' counsel shall send written notice of default to Defendants' counsel Levin Epstein & Associates, P.C, via First Class Mail at Levin Epstein & Associates, P.C., Attn: Joshua Levin-Epstein, Esq., Jason Mizrahi, Esq., 420 Lexington Avenue, Suite 2458 New York, NY 10170 and via email at Joshua@levinepstein.com and Jason@levinepstien.com, whereupon Defendants shall then have seven (7) days from the date of the transmission of the notice of default to make all outstanding payments before Plaintiffs may seek enforcement of the judgment or any other remedies.

Dated:   New York, New York
        May 27, 2026


J-MASTER PROPERTIES, LLC (d/b/a BRIAN DEMPSEY'S)

Name: _____

Title: _____      Date: _____, 2026


_____      Date: _____, 2026
JASON REYES


_____      Date: _____, 2026
DOLLY REYES


_____      Date: _____, 2026
JACK BANOS

4